[No. 66104-3-I.   Division One.   November 13, 2012.]

*In the Matter of the Marriage of* YVETTE CONNOR, *Respondent*, and ARTHUR BETTATI, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-3-06736-5, James A. Doerty, J., entered September 10, 2010. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Spearman, J.

[No. 66573-1-I.   Division One.   November 13, 2012.]

*In the Matter of the Marriage of* UYEN LE, *Appellant*, and TONY MAI, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-3-06004-1, Mariane C. Spearman, J., entered December 22, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Lau, JJ.

[Nos. 66716-5-I; 66717-3-I;   Division One.   November 13, 2012.]
66718-1-I; 66719-0-I.

THE STATE OF WASHINGTON, *Respondent*, v. AARON ANDRE JOHNSON, JR., *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 09-1-06842-5, Susan J. Craighead, J., entered January 10, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Cox, JJ.

[No. 66741-6-I.   Division One.   November 13, 2012.]

GYLES R. LONG, *Appellant*, v. KING COUNTY METRO TRANSIT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-20962-6, Andrea A. Darvas, J., entered January 25, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Grosse, J.